**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC, | 3:22-cv-00427-LRH-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| CLICKSTREAM CORPORATION, | |
| Defendant. | |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, January 20, 2023.**

**IT IS SO ORDERED.**

DATED: January 4, 2023.

_____
UNITED STATES MAGISTRATE JUDGE